# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CORBIN HOWARD, et al.

        Plaintiffs,   :   Case No. 3:11-cv-116

- vs -   :   District Judge Walter Herbert Rice
      Magistrate Judge Michael R. Merz

WELLS FARGO HOME MORTGAGE,   :
et al.

  :

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #29), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff's claims against Dorothy Rettig, McCalla Raymer, Teresa Stephens and Karrollanne Cayce are dismissed with prejudice. The remaining claims against Wells Fargo are stayed pending the outcome of the pending Foreclosure Action in the Preble County Common Pleas Court. The parties are ordered to keep this Court currently advised of the status of the Foreclosure Action.

August 29, 2011.

                                           /s/ Walter Herbert Rice
                                                     Walter Herbert Rice
                                                  United States District Judge